# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

148779 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re SANDERS/LAIRD, Minors.

SC: 148779
COA: 320142
Jackson CC Family Division:
11-002828-NA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 7, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



Clerk

p0325